IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00427-WDM-OES

JACKIE JOE AYALA,

Plaintiff(s),

vs.

ANDREW SAN NICHOLAS, et al.,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 19, 2005

      Plaintiff's Unopposed Motion to Modify the Scheduling Order to Extend Time to File 26(a)(2) Expert Designations [filed December 16, 2005, Document 70] is GRANTED.  Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before January 16, 2006; defendants shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before February 27, 2006; and, plaintiff shall designate all rebuttal experts and provide all information on or before March 27, 2006.