IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00427-WDM-MEH

JACKIE JOE AYALA,

    Plaintiff,

v.

ANDREW SAN NICHOLAS, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 1, 2006.**

    Because discovery has not yet commenced in this case, the parties' Stipulated Motion to Vacate the Pretrial Conference [Filed October 31, 2006; Docket #89] is **granted**, pending the resolution of Defendant's Motion to Dismiss. The Pretrial Conference scheduled for November 6, 2006, is hereby **vacated**.