IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00427-WDM-MEH

JACKIE JOE AYALA, SR.,

    Plaintiff,

v.

ANDREW SAN NICOLAS, et al.,

    Defendants.

## AMENDED ORDER

Miller, J.

This matter is before me for the second time on Defendants Andrew San Nicolas and Doug Darr's Amended Motion to Dismiss Plaintiff's Eighth Claim for Relief (doc no. 26) ("Motion to Dismiss Eighth Claim"). In my initial ruling on this matter (doc no 96), I concluded that there was insufficient evidence for me to determine whether Plaintiff was incarcerated pursuant to a conviction during the relevant time period, which would thus exclude certain claims under the Colorado Governmental Immunity Act, C.R.S. § 24-10-101, *et seq.* ("CGIA"). I ordered Plaintiff to show cause why the Eighth Claim should not be dismissed because governmental immunity had not been waived. Plaintiff filed his response to the order to show cause (doc no 100) and has provided evidence concerning the timing of his arrest, bond, and appearances. I am satisfied that he was not incarcerated pursuant to a conviction at the time of the events underlying his claims and that his claim is not barred by CGIA.

Accordingly, the Motion to Dismiss the Eighth Claim is denied in its entirety.

DATED at Denver, Colorado, on February 1, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge