IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00427-WDM-MEH

JACKIE JOE AYALA,

    Plaintiff,
v.

ANDREW SAN NICHOLAS, *et al.*,

    Defendants.
_____

## ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Defendants' Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison [Docket #110]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Huerfano Correctional Center in Walsenberg, Colorado. Defendants have contacted Huerfano Correctional Center and have received approval to depose Plaintiff on the date requested.

Based upon a review of the record herein, the court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendants' Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison [Filed June 1, 2007; Docket #110] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 5th day of June, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge