IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00427-WDM-MEH

JACKIE JOE AYALA, SR.

      Plaintiff,

v.

ANDREW SAN NICOLAS, et al.,

      Defendants.

---

## NOTICE OF DISMISSAL OF DEFENDANT MORRY A. OLENICK. M.D. ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice of Defendant Morrey A. Olenick, M.D. in accordance with

Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to

defendant Olenick only, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on July 13, 2007

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge